Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-406-342
**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024

## Title

**Title of Work:** "Tucson" collection - 497 Terracotta

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** April 06, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth's Studio LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth's Studio LLC
440 South Main Street, suite 3, Milltown, NJ, 08850, United States

## Rights and Permissions

**Organization Name:** Elizabeth's Studio LLC
**Name:** Elizabeth Shnayder
**Email:** eshnayder@elizabethsstudio.com
**Address:** 440 South Main Street
suite 3
Milltown, NJ 08850 United States

## Certification

