IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH'S STUDIO LLC, | |
| Plaintiff, | Case No.: 1:25-cv- 05537 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | hanzhaohua |
| 2 | Fusurire |
| 3 | WEIPENGFLY |
| 4 | ZHENGHENPP |
| 7 | Baoziyi |
| 8 | PJHEQOXE-US |
| 9 | CQMYG YSDSS |
| 10 | Snilety |
| 12 | GACTIVITY |
| 13 | kaisuo4 |
| 14 | KINGHAORAN |
| 15 | MengMengQiuYu |
| 19 | HaiChangMeng |
| 20 | FJM-store |
| 25 | YiRuJingWei |
| 28 | mlyg |
| 33 | USfpn(10-15 Delivery) |
| 41 | Gallant_E |
| 56 | Duanchangsdp |
| 63 | Charming Magic-US |
| 65 | Belidome |

| | |
|---|---|
| 66 | COEQINE |
| 67 | Zhengqianqian |
| 69 | AFPANQZ |
| 70 | mumusales |
| 71 | ZHENDIY |
| 74 | Jndtueit Store |
| 75 | Kexijinbei |
| 79 | putianshilichengqufenguantifuzhuangdian |
| 83 | Wilson Nada |
| 93 | Dfuvm |
| 99 | QuanLiWeiseller |
| 101 | UNICEU |
| 103 | UNDERWSX |
| 104 | FuGuiRO |
| 107 | Howilath-US |
| 109 | luotongtodo |
| 111 | libeixiemao |
| 112 | Chririnla |
| 114 | Fengtian store |
| 116 | bigcardesigns |
| 117 | Fire Work |
| 118 | LifeGenius |
| 119 | Mumeson |
| 120 | Lisa Luo |
| 121 | DAN LUS |
| 122 | Tupalatus |
| 124 | CHAQLIN |
| 125 | Sanxin Dianzishangwu Youxiangongsi |
| 126 | Pensura |
| 128 | fanlongdexiaodian |
| 131 | ZIMING SHOP |
| 132 | Ran_O |
| 134 | qingyanshanghang |
| 136 | YAYUECUSTOM |
| 137 | LICHENGLI |
| 138 | Daole shop |
| 140 | jinleero |
| 141 | AILIYABAI |
| 143 | KAIMEIKEJI |
| 147 | Yxsdd16 |
| 148 | DHQXX20 |
| 149 | getelinfushimaoyi |
| 152 | boboCO |
| 154 | dehongfuzhuang |

| | |
|---|---|
| 164 | BaHang |
| 165 | DEYIDIY |
| 166 | JEOCODY |
| 167 | DUFANGCUSTOM |
| 169 | HANHAOWANGLUO |
| 171 | Fronage |
| 180 | zhoupeipei6 |
| 181 | Hdjxbdhsv |
| 183 | showudesigns workshop |
| 185 | Raynes-ZH |
| 187 | SunFansgWei |
| 188 | QIUSKYCHENG |
| 189 | Slixz |
| 190 | haikouwuweiye |
| 191 | OnlineGo |
| 193 | nanbeiclo |

DATED: June 29, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt